ACCEPTED
06-15-00031-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/20/2015 9:09:51 PM
DEBBIE AUTREY
CLERK

No. 06-15-00031-CV

**IN THE**
**COURT OF APPEALS FOR THE**
**SIXTH SUPREME JUDICIAL DISTRICT OF TEXAS**
**AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/21/2015 7:50:00 AM
DEBBIE AUTREY
Clerk

**DOUGLAS B. MOSELEY,**

**Appellant,**

**vs.**

**SHERRIE ARNOLD,**

**Appellee.**

**Appeal from the 71st District Court**
**of Harrison County, Texas**
**Honorable Brad Morin**

**UNOPPOSED MOTION TO EXTEND**
**APPELLANT'S BRIEFING DEADLINE**

COMES NOW Douglas B. Moseley, Appellant in the above-captioned proceeding (the "Appellant"), and respectfully submits this Unopposed Motion to Extend Appellant's Briefing Deadline (the "Motion").

1.      The Appellant respectfully requests an extension of time to file its appellant's brief for an additional 21 days, through and including September 11, 2015. Appellant's brief is currently due August 21, 2015. This is Appellant's first request for an extension of briefing deadline in this case.

2.      Sherrie Arnold, the Appellee, consents to the requested extension.

3.      Appellant respectfully represents the following facts to the Court as a reasonable explanation for the additional requested extension of time. In addition to preparing the appellant's brief in this case, counsel for Appellant has been required, and will continue to be required, to devote a substantial amount of time to the following matters:

   a.   *Kim v. Dome Entertainment Center, Inc.*, Case No. 3:15-cv-00452-D in the United States District Court for the Northern District of Texas, Dallas Division: Counsel for the Appellant is counsel for the debtor/appellant in this appeal from a bankruptcy case; oral argument is set for September 4, 2015.

   b.   *In re Couture Hotel Corporation*, Case No. 14-34874-bjh-11 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division: Counsel for the Appellant is counsel for this Chapter 11 debtor-in-possession and concluded a week-long, heavily contested confirmation trial in this Chapter 11 case on July 31, 2015 and has submitted a number of post-confirmation briefs in the weeks following the conclusion of the confirmation trial.

   c.   *Kirtland Realty Group, LP v. Gaubert*, Cause No. DC-14-12750 in the 193rd Judicial District Court, Dallas County, Texas: Non-jury trial set for September 27, 2015; counsel for Appellant represents the plaintiff and related counter- and cross-defendants and must attend to trial preparation as well as the drafting and oral argument of a motion to reconsider summary judgment order.

4.      The requested enlargement of time, which is unopposed, is not sought for the sake of delay, but rather is requested for the minimum amount of time necessary for counsel to properly prepare Appellant's principal brief in this matter.

Therefore, Appellant prays that this Court grant this motion for extension of time to extend the due date for Appellant's brief for 21 days.

Respectfully submitted,

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
State Bar No. 16351640
Melanie P. Goolsby
State Bar No. 24059841
PRONSKE GOOLSBY & KATHMAN, P.C.
15305 Dallas Parkway, Suite 300
Addison, Texas 75001
(214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pgkpc.com
Email: mgoolsby@pgkpc.com

**ATTORNEYS FOR THE APPELLANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 17, 2015, I conferred via email with Dean A. Searle, counsel for the appellee, who indicated that appellee is unopposed to the extension requested herein.

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on August 20, 2015, I caused to be served the foregoing pleading upon the counsel listed below via email and also via the Court's electronic transmission facilities.

Deane A. Searle
Searle & Searle, PC
P.O. Box 910
305 West Rusk Street
Marshall, Texas 75671
Email: dsearle54@gmail.com

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske